# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,845,852
Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; CARRYING CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GRAY, WHITE AND RED. THE VERTICAL LINES ARE FOR THE COLOR RED. THE DIAGONAL LINES ARE FOR THE COLOR TAN AND THE HORIZONTAL DASHED LINES ARE FOR THE COLOR GRAY.

THE MARK CONSISTS OF A PATTERN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE PERIMETER SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SN 76-424,106, FILED 6-20-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,689,921
Registered Feb. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, BODY LOTION; SOAPS; PERSONAL DEODORANTS; EAU DE PARFUMS; AFTERSHAVES; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2225922, FILED 3-15-2000, REG. NO. 2225922, DATED 11-9-2001, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GREY, WHITE AND RED.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SER. NO. 76-197,401, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,728,709
Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON, SW1Y 4DQ, GB, UNITED KINGDOM

FOR: FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, UNDERCLOTHES, SWIMWEAR, HEADWEAR, FOOTWEAR, HOSIERY, SOCKS; AND BELTS; FABRICS FOR USE IN THE MANUFACTURE OF LINENS, BED COVERS, TABLE COVERS, FURNITURE COVERS, AND WINDOW AND WALL COVERS; FABRICS FOR USE IN THE MANUFACTURE OF COSMETICS CASES AND BAGS, TOILETRY CASES AND BAGS, AND SHAVING CASES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF PURSES, POUCHES, BAGS, LUGGAGE, CARRIERS, TRAVEL BAGS, AND SUIT AND GARMENT BAGS; FABRICS FOR USE IN THE MANUFACTURE OF CASES AND HOLDERS FOR MONEY, DOCUMENTS, KEYS, GLASSES, GOGGLES, WATCHES, JEWELRY AND TIES; FABRICS FOR USE IN THE MANUFACTURE OF UMBRELLAS AND PARASOLS AND CASES THEREOF; FABRICS FOR USE IN THE MANUFACTURE OF STRAPS AND BRACELETS FOR WATCHES, AND STRAPS FOR SHOES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF LINING FOR ALL THE FOREGOING GOODS; FABRICS FOR USE IN THE MANUFACTURE OF PET AND ANIMAL CARRIERS, PET AND ANIMAL CLOTHING, PET AND ANIMAL HEADWEAR, PET AND ANIMAL COLLARS AND LEASHES, AND LINING FOR ALL THE FOREGOING GOODS; BED BLANKETS AND LINENS; TABLE CLOTHS NOT OF PAPER; TABLE LINENS; COMFORTERS AND BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1924; IN COMMERCE 0-0-1929.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN APPLIED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-351,946, FILED 12-21-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,612,272
Registered Aug. 27, 2002

## SERVICE MARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, SHOES, LUGGAGE, LEATHER GOODS AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART IN THE SALE AND ADVERTISING OF THE SERVICES. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-255,090, FILED 5-10-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: **3, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. **2,732,617**
Registered **July 1, 2003**

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, EAU DE PARFUMS; BODY LOTION, SOAPS; PERSONAL DEODORANTS; AFTERSHAVE; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS; DUFFEL AND GYM BAGS; OVERNIGHT BAGS; SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETICS BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, POLOSHIRTS, BLOUSES, DRESSES, PYJAMAS, KNITWEAR NAMELY, JUMPERS, SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; AND SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, SPORTS JACKETS, SPORTS FOOTWEAR; TRACKSUITS, GARMENTS THAT CAN BE ATTACHED TO OR DETACHED FROM COATS, RAINCOATS, TRENCH COATS, OR CASUAL COATS FOR ADDITIONAL WARMTH; TIES, BELTS, WRAPS, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. THE COLORS BLACK AND WHITE ARE NOT CLAIMED AS PART OF THE MARK.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).                                              SN 76-069,308, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,015,462

**United States Patent and Trademark Office** Registered Nov. 12, 1996

## TRADEMARK
PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1994; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE MARK IS LINED FOR THE COLORS LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GREY, MEDIUM GREY, AND LIGHT GREY.

BLACK IS CLAIMED AS A FEATURE OF THE AREAS THAT ARE COMPLETELY DARKENED. WHITE IS CLAIMED AS A FEATURE OF THOSE AREAS THAT ARE NOT DARKENED AND ARE WITHOUT LINING.

THE MARK IS COMPRISED OF A REPEATING PLAID PATTERN. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED AS TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 75-022,360, FILED 11-20-1995.

ANDREW LAWRENCE, EXAMINING ATTORNEY

Int. Cls.: **18, 24, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 22, 23, 38, 39, 41, 42 and 50**

Reg. No. 2,022,789

## United States Patent and Trademark Office

Registered Dec. 17, 1996

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOLDALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3-0-1976; IN COMMERCE 0-0-1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

2                                                                            2,022,789

FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, CASES CONTAINING GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK; LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74-532,896, FILED 6-3-1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY