







ASSISTANCE | MY ACCOUNT | GIFT CARDS | EMAIL UPDATES | SH

**BURBERRY** | RUNWAY SHOW | ART OF THE TRENCH | ABOUT BURBERRY | US STORES

Product Search

HOME > ACCESSORIES > GIANT CHECK SCARF



GIANT CHECK SCARF        $179 originally $295
style # 31205384

cashmere giant check scarf with fringe trim. 66" x 12". d england.

**ADDITIONAL PRODUCT INFORMATION**

SELECT COLOUR: **Grey**



SIZE:    ONE SIZE

QUANTITY:   0

ADD TO SHOPPING BAG

IN STOCK USUALLY SHIPS WITHIN 1 - 2 FULL BUS. DA

EMAIL TO A FRIEND | PRINT

© 2007 BURBERRY LIMITED

ASSISTANCE 866 589 0499    SITE MAP    CORPORATE GIFTS    US STORE LOCA

CHANGE REGION   US

ASSISTANCE | MY ACCOUNT | GIFT CARDS | EMAIL UPDATES | SH

**BURBERRY** | RUNWAY SHOW | ART OF THE TRENCH | ABOUT BURBERRY | US STORES | Product Search

HOME > SCARVES & CAPES > TWEED CHECK SCARF



ZOOM + -

**TWEED CHECK SCARF**   $240.00
style # 31208065

tweed scarf with check design. 12" x 70". cashmere and dry clean. made in england.

**ADDITIONAL PRODUCT INFORMATION**

**SELECT COLOUR:** Midgrey



**SIZE:** ONE SIZE
**QUANTITY:** 0

ADD TO SHOPPING BAG

IN STOCK USUALLY SHIPS WITHIN 1 - 2 FULL BUS. DA`

EMAIL TO A FRIEND | PRINT

© 2007 BURBERRY LIMITED

ASSISTANCE 866 589 0499   SITE MAP   CORPORATE GIFTS   US STORE LOCA

CHANGE REGION   US