# EXHIBIT C







Case 1:07-cv-08456-RMB    Document 1-8    Filed 09/28/2007    Page 4 of 9









