# EXHIBIT E

PATENTS, TRADEMARKS
AND RELATED CAUSES

**PAUL M. DENK**
ATTORNEY AT LAW
763 S. NEW BALLAS ROAD
ST. LOUIS, MISSOURI 63141

TEL. (314) 872-8136
FAX: (314) 991-2178

August 22, 2003



Genaro R. Hathaway, Esq.
Burberry Limited
1350 Avenue of the Americas
New York, New York 10019

Dear Mr. Hathaway:  Re:  Miscellaneous Trademark
                         Wolff Shoe Company
                         Burberry Check Pattern

    This is a follow-up to your previous correspondence, and the telephone call a week ago, relating to allegations for trademark infringement. I believe we set forth in our letter of February 4, 2003, the distinctive differences between the plaid pattern for the footwear and purse marketed by Wolff Shoe Company, and the specific plaid pattern your Company has registered as a trademark. To reiterate, your plaid trademark registration, regardless of coloration, is a very distinct three line intersecting check plaid pattern, as shown in your registration No. 1,393,979. You stated over the telephone that your Company is processing an application for your plaid pattern, per se, without regard to coloration.

    Wolff Shoe's plaid pattern is not a three lined plaid, rather is the standard double lined plaid, as you know from reviewing its products. It is not the plaid design of Burberry. In fact, there are many plaid designs that are available upon the market, for clothing products, as you well know.

    Thus, it is Wolff Shoe's position that its plaid pattern does not infringe upon any registered plaid pattern trademark rights of Burberry, in the first instance.

    Nevertheless, Wolff Shoe is in the process of changing its coloration, for its plaid pattern, for the future. It is Wolff Shoe's intent to use a coloration that will not conflict in any way with the colors of Burberry.

      Once again, as previously stated, and notwithstanding our heated discussion over the telephone, recently, Wolff Shoe does not intentionally violate the proprietary rights of others and is willing to take steps, as it is doing herein, to avoid conflicting with the protectable designs, patterns and trademark rights of others. As also previously stated, Wolff Shoe is taking action to resolve this conflict, and is doing so in the spirit of cooperation with Burberry.

      Sincerely,

      Paul M. Denk

PMD/ls
Enclosure

# EXHIBIT F

**PAUL M. DENK**
ATTORNEY AT LAW

PATENTS, TRADEMARKS
AND RELATED CAUSES

763 S. NEW BALLAS ROAD
ST. LOUIS, MISSOURI 63141

TEL: (314) 872-8136
FAX: (314) 991-2178

November 24, 2003

Genaro R. Hathaway, Esq.
Burberry Limited
1350 Avenue of the Americas
New York, New York 10019



Dear Mr. Hathaway;    Re:  Misc. Trademark
Wolff Shoe Company
Burberry Check Pattern

This is in response to your telephone call from the other day. Wolff Shoe says it has not shipped any more of the footwear you are concerned about since your early letters in the beginning of the year 2003. The footwear in the Marmi stores was supplied to the stores before this issue of trademark infringement arose.

The Company states that it had a few dozen of the shoes in the Florida store and apparently the executive of Burberry saw these. Wolff states these shoes have been removed from the store.

All footwear of the Wolff plaid pattern are of a darker shade of brown and these are what have been shipped. Wolff does not have the same coloration or plaid design as of the Burberry check pattern.

If you need any further information, please let us know.

Sincerely,

Paul M. Denk

PMD/sm