# EXHIBIT G

# ARNOLD & PORTER LLP

**Roberta L. Horton**
Roberta.Horton@aporter.com

202.942.5161
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

September 14, 2007

**_BY TELECOPY AND_**
**_FEDERAL EXPRESS_**

Paul M. Denk, Esq.
763 S. New Ballas Road
St. Louis, Missouri 63141

Dear Mr. Denk:

    We represent Burberry Limited ("Burberry") on certain trademark matters. Fabio Silva, Burberry's Corporate & Intellectual Property Counsel, has referred to us the unauthorized use by your client, Wolff Shoe Company ("Wolff"), of a trademark and trade dress that is virtually identical to the BURBERRY CHECK. Mr. Silva has now referred the matter to us for handling, in light of Wolff's continued and intentional violation of Burberry's intellectual property rights.

    We see no reason to revisit Wolff's infringing activities in detail. Despite your arguments to the contrary, the trade dress on Wolff's shoes bears a striking resemblance to the world famous BURBERRY CHECK. What makes this signature BURBERRY CHECK so unique, in part, is the series of thick, parallel lines, intersecting with the same number and configuration of perpendicular lines. Moreover, an immediately recognizable version of Burberry's trade dress is its "Nova Check", which combines a camel-colored background with perpendicular lines running in black and red. The Nova Check enjoys strong secondary meaning and is one of Burberry's most valuable trademarks.

    It is the Nova Check that Wolff has copied, almost exactly, in its "Van Eli" shoe. *See* photograph attached as Exhibit 1. Recently, we obtained samples of this shoe, which is for sale at the DSW discount shoe store in the Washington, D.C. metropolitan area. The color scheme apparent in your client's shoes -- which includes camel, black and red -- belies your statement that Wolff has moved to a "darker shade of brown."

    Burberry will not tolerate Wolff's repeated violations of Burberry's rights any longer. That should be evident in the fact that Burberry referred this matter to us.

# ARNOLD & PORTER LLP

Paul M. Denk, Esq.
September 14, 2007
Page 2

Accordingly, within the next five (5) days, Wolff must take the following actions and provide the following information: (1) it must recall any and all products that constitute an infringement, counterfeit, dilution, or other proprietary rights violation of Burberry's rights (including without limitation all products that display any variation of the Nova Check) and ship those products to a recipient to be designated by Burberry; (2) it must cease any and all orders for the manufacture or distribution of such items; (3) it must stop all advertising, promotion and sale for such products; and (4) it must provide to Burberry all details of its purchase, sale, inventory, suppliers and manufacturers of such products.

Sincerely,

*Roberta Horton*

Roberta Horton

Enclosure

cc (w/encl): Fabio Silva, Esq.





# EXHIBIT H



home | pay | register | sign in | services | site map



Start new search  [ Search ]

Advanced Search



⬅ Back to home page    Listed in category:   Clothing, Shoes & Accessories > Women's Shoes

### NWOT~VANELI~LADIES SHOE~SZ 7.5 N~BURBERRY~NOVA CHECK

Item number: 7704859720

**Bidder or seller of this item?** Sign in for your status        **Watch this item** in My eBay | Email to a friend



⬇ Larger Picture

| | | |
|---|---|---|
| Current bid: | **US $31.95** | |
| | [ Place Bid > ] | |
| Time left: | **3 hours 31 mins**<br>7-day listing, Ends Aug-09-05 17:46:03 PDT | |
| Start time: | Aug-02-05 17:46:03 PDT | |
| History: | **15 bids**   (US $2.99 starting bid) | |
| High bidder: | tgschallig   ( 36 ⭐ ) | |
| Item location: | MI<br>United States | |
| Ships to: | United States | |
| Shipping costs: | US $4.00 - US Postal Service Priority Mail® (within United States ) | |

⬇ Shipping, payment details and return policy

**Seller information**

511826  ( 79 ⭐ )

Feedback Score: 79
**Positive Feedback: 100%**
Member since Jul-06-03 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**

Safe Buying Tips

**Description** (revised)

# VANELI

### 7 1/2 NARROW

### 2 1/2" BLACK HEEL

### BRAND NEW WITHOUT TAG

### SLIP ON SMART LOOKING SHOE

### BLACK, CREAM, TAUPE & RED PLAID

*~ Smoke & Pet Free Home ~*

**I accept Paypal, money order & cashier's check only. I expect payment within 3 days or an acknowledgment that money order or cashier's check is on it's way. Insurance is not required but recommended as I will not be responsible for lost/stolen items en route to address given me.**

**happy bidding    happy walking    happy bidding    happy walking**



**00097**
FREE Counters and Services from Andale

## Shipping, payment details and return policy

| **Shipping Cost** | **Services Available** | **Available to** |
|---|---|---|
| US $4.00 | US Postal Service Priority Mail® | United States Only |

Will ship to United States.

**Shipping insurance**
Not offered

**Seller's payment instructions**
ALL SALES ARE FINAL. I do believe in great service. If you have any questions/concerns please feel free to contact m auction. I will do my very best to be sure all customers are happy Ebay shoppers. I accept Paypal, money order & cash only. I expect payment within 3 days of auction end or an acknowledgement that money order/cashier check will be ser will be mailed within next three business days of receiving payment. Happy Bidding & Enjoy Your Summer :):)