UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                          Plaintiffs,
              v.

WOLFF SHOE COMPANY,

                          Defendant.

Judge Berman

2007 07-CIV 8456



## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
## OF PLAINTIFFS BURBERRY LIMITED (UK) and BURBERRY LIMITED (USA)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiffs certifies that there exists the following parent corporation: BURBERRY GROUP PLC. BURBERRY GROUP PLC is a UK corporation, which is traded on the London Stock exchange.

Dated: New York, New York
       September 28, 2007

                              Respectfully submitted,

                              ARNOLD & PORTER LLP

                              By: _____
                              Anthony Boccanfuso (AB 5403)
                              399 Park Avenue
                              New York, New York 10022-4690
                              (212) 715-1000

                              - and -

Roberta L. Horton
Kimberly Isbell
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000