# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and
BURBERRY LIMITED,
    a New York corporation,

                Plaintiffs,

v.

WOLFF SHOE COMPANY,

                Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8456**

Judge Berman

TO: (Name and Address of Defendant)

Wolff Shoe Company
1705 Larkin Williams Road
Fenton, Missouri 63026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Anthony D. Boccanfuso
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           SEP 28 2007

CLERK                                                                                                DATE

*/s/ Marcos Quintero*

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

　　I declare under penalty of penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                Plaintiffs,
      v.

WOLFF SHOE COMPANY,

                Defendant.

2007 Civ. 8456

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

LOUIS CHAMPAGNE being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to this action.

2. On October 1, 2007 at approximately 11:35 a.m. I served defendant Wolff Shoe Company, personally delivering a true and correct copy of the **INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE KEVIN NATHANIEL FOX, CIVIL COVER SHEET, RULE 7.1 STATEMENT, SUMMONS IN A CIVIL CASE, and COMPLAINT**, to CT Corporation System, 111 8th Avenue, 13th Floor, New York, New York 10011. Service was accepted by Paula Kash, Senior Process Specialist for CT Corporation System. Deponent describes the person served as a woman, approximately 56 year old, 5 feet tall and weighing 110 lbs.

                                                                                   Louis Champagne

Sworn to before me this
2nd day of October 2007.

_____
Notary Public

CARMEN L. ROSA
NOTARY PUBLIC, State of New York
No. 01SA5019323
Qualified in Bronx County
Commission Expires October 18, 2009