UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAMBERS COPY

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                  Plaintiffs,

    v.

WOLFF SHOE COMPANY,

                  Defendant.

07 Civ. 8456 (RMB)(KNF)

<u>ORDER</u>

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony D. Boccanfuso, Esq., a member of the Bar of this Court, it is

ORDERED that Roberta L. Horton, Esq. and Kimberly Isbell, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for plaintiffs, contingent upon paying the required fee to the Clerk's office/Cashier's office.

Dated:    New York, New York
           10/26, 2007

SO ORDERED:

RMB
_____
U.S.D.J.

Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007