**PIKEN & PIKEN**
Robert W. Piken (RP-9448)
630 Third Avenue
New York, New York 10017
(212) 682-5522

Attorney for Defendant, WOLFF SHOE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BURBERRY LIMITED (UK) and
BURBERRY LIMITED (USA),

                 Case No.: 07 CV 8456

       Plaintiffs,

  -against-         **NOTICE OF APPEARANCE**

WOLFF SHOE COMPANY,
       Defendant.
-------------------------------------------------------------------x

S I R S:

  PLEASE TAKE NOTICE that Defendant, Wolff Shoe Company, hereby appears in the above entitled action and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York

                  **PIKEN & PIKEN**
                  Of Counsel (RP-9448)
                  630 Third Avenue, 7th Floor
                  New York, New York 10017
                  (212) 682-5522

                  By: /s/ Robert W. Piken_____
                    Robert W. Piken

To:
Anthony D. Boccanfuso
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022