UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                   :

BURBERRY LIMITED (UK) and
BURBERRY LIMITED (USA),               :

                                                                               Case No.: 07 CV 8456

             Plaintiffs,                         :

                                                                                **RULE 7.1 STATEMENT**

v.                                                             :

WOLF SHOE COMPANY,                    :

             Defendant.                       :
------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Wolff Shoe Company (a nongovernmental corporate party), states that Wolff Shoe Company, a privately owned company incorporated in Missouri, has no corporate parent, and no publicly held company owns more than ten percent of its outstanding stock.

                                                             Respectfully submitted,

                                                             PIKEN & PIKEN

Dated: October 22, 2007                     By: _/s/ *Robert W. Piken*_____
                                                                    Robert W. Piken
                                                                    630 Third Avenue, 7th Floor
                                                                    New York, NY 10017
                                                                    (212) 682-5522

303966