UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                  Plaintiffs,

        v.

WOLFF SHOE COMPANY,

                  Defendant.

07 Civ. 8456 (RMB)(KNF)

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavit of Anthony D. Boccanfuso, Esq., Plaintiffs will move this Court, before the Honorable Richard M. Berman, for an Order admitting Roberta L. Horton and Kimberly Isbell to the Bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

PLEASE TAKE FURTHER NOTICE that counsel for the defendant consents to the relief sought by this motion.

Dated:    New York, New York
            October 23 2007

                                  ARNOLD & PORTER LLP

                                  By: _____
                                  Anthony D. Boccanfuso
                                  399 Park Avenue
                                  New York, New York 10022
                                  (212) 715-1000

                                  *Attorneys for Plaintiffs*

To:    Piken & Piken
        630 Third Avenue
        New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                        Plaintiffs,
    v.

WOLFF SHOE COMPANY,

                        Defendant.

07 Civ. 8456 (RMB)(KNF)

**AFFIDAVIT**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK)

    Anthony D. Boccanfuso, being duly sworn, deposes and says:

    1. I am a member of the Bar of this Court. I make this affidavit in support of the motion of Plaintiffs Burberry Limited and Burberry USA ("Burberry") for the admission of Roberta L. Horton, Esq. and Kimberly Isbell, Esq. to the Bar of this Court *pro hac vice*.

    2. Ms. Horton is a member of the firm of Arnold & Porter LLP, counsel for Burberry in the above-captioned action. Ms. Horton is a member in good standing of the Bar of the District of Columbia (a certified copy of a certificate of good standing is annexed hereto as Exhibit A).

    3. Ms. Horton has advised me that she is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

    4. I can personally attest that Ms. Horton is of the highest competence and character.

5. Ms. Isbell is associated with the firm of Arnold & Porter LLP, counsel for Burberry in the above-captioned action. Ms. Isbell is a member in good standing of the Bar of the Commonwealth of Virginia and the District of Columbia (certified copies of certificates of good standing are annexed hereto as Exhibit B).

6. Ms. Isbell has advised me that she is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

7. I can personally attest that Ms. Isbell is of the highest competence and character.

8. Accordingly, I respectfully request that Roberta L. Horton, Esq. and Kimberly Isbell, Esq. be admitted to the Bar of this Court *pro hac vice*.

9. Counsel for defendant has advised me that they consent to the relief sought by this motion.

Anthony D. Boccanfuso

Sworn to before me this 3rd day of October, 2007

Notary Public

LOUIS H. CHAMPAGNE
Notary Public, State of New York
No. 01CH6ob6057 Qualified in Queens County
Certificate Filed in New York County
Commission Expires November 26, 2009



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERTA LAZARUS HORTON

was on the   4TH   day of   MAY, 1988   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

    I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

              KIMBERLEY ANN ISBELL

was on the   10TH   day of   MAY, 2004   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

                                        In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 18, 2007.

                                        GARLAND PINKSTON, JR., CLERK

                          By: _____
                                    Deputy Clerk

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

KIMBERLEY ANNE ISBELL

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, KIMBERLEY ANNE ISBELL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 18th day of October

A.D. 2007

By: _____

Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                      Plaintiffs,

v.

WOLFF SHOE COMPANY,

                      Defendant.

07 Civ. 8456 (RMB)(KNF)

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 23rd day of October 2007, I caused to be served a copy of the annexed **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** by first-class mail upon:

    Piken & Piken
    630 Third Avenue
    New York, NY 10017

                                            _____
                                            Anthony D. Boccanfuso