**MEMO ENDORSED**

**Piken & Piken**
**Attorneys-at-Law**
**630 Third Avenue**
**New York, New York 10017-6705**

**Telephone (212) 682-5522**
**Telecopier (212) 682-5542**
**www.PikenandPiken.com**

October 31, 2007

**BY HAND DELIVERY:**

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11|01|2007

> **Re:**   *Burberry Limited (UK), et al. v. Wolff Shoe Company*
> *Docket No. 07 CV 8456 (RMB)(KNF)*
> *Request for Pre-Motion Conference*

Dear Judge Berman:

This office represents Defendant, Wolff Shoe Company. I have filed my Notice of Appearance yesterday and I previously submitted a Motion Pro Hac Vice for David B.B. Helfrey, Missouri counsel to Wolff Shoe Company.

I have become aware that there is a pre-motion court conference as a result of my prior letter scheduled for November 6, 2007 at 12:30 p.m. Mr. Helfrey would like to participate telephonically. Thank you for your attention.

Sincerely,

ROBERT W. PIKEN

*Sure.*
*Mr. Helfrey to arrange*
*call with*
*Court Deputy.*

RWP/es
cc: Arnold & Porter
By fax: (212) 715-1399

**SO ORDERED:**
Date: 11/1/07     Richard M. Berman
Richard M. Berman, U.S.D.J.



RECEIVED
NOV 01 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.