UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED (U.K.) and
BURBERRY LIMITED (U.S.)
                            Plaintiffs,

          Case No.: 07 CV 8456 (RMB)

-against-

WOLFF SHOE COMPANY                  MOTION TO ADMIT COUNSEL
                                                  PRO HAC VICE
                        Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert W. Piken, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant: | David B.B. Helfrey |
| Firm Name: | Helfrey, Neiers & Jones, P.C. |
| Address: | 120 S. Central Avenue, Suite 1500 |
| City/State/Zip: | St. Louis, MO 63105 |
| Phone Number: | (314) 725-9100 |
| Fax Number: | (314) 725-5754 |

David B.B. Helfrey is a member in good standing of the Bar of the States of Missouri and Illinois.

There are no pending disciplinary proceedings against David B.B. Helfrey in any State or Federal court.

Dated: 10/15/07
City, State: New York, NY

Respectfully submitted,

Robert W. Piken (RP-9448)
Piken & Piken
630 Third Avenue
New York, New York 10017
(212) 682-5522

303699.doc

**PIKEN & PIKEN**
Robert W. Piken (RP-9448)
630 Third Avenue
New York, New York 10017
(212) 682-5522

Attorney for Defendant, WOLFF SHOE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BURBERRY LIMITED (U.K.) and
BURBERRY LIMITED (U.S.),

          Case No.: 07 CV 8456 (RMB)
       Plaintiff(s),

  -against-
          **AFFIRMATION**

WOLFF SHOE COMPANY,

       Defendant(s).
-----------------------------------------------------------------x

  The undersigned, of full age, hereby certifies as follows:

  1. I, ROBERT W. PIKEN, am an attorney duly admitted to practice law in the State of New York, am a member in good standing of the bar of the highest Court of the State of New York and represent the Defendant, WOLFF SHOE COMPANY. I submit this Affirmation in support of the within motion to admit DAVID B. B. HELFREY *pro hac vice*.

  2. In this capacity, I am familiar with the within causes of action.

  3. Should the Court grant the within motion to admit DAVID B. B. HELFREY, *pro hac vice,* I would be responsible for the signing of all pleadings, briefs and other papers filed with the Court for the conduct of the case and for the conduct of DAVID B. B. HELFREY in this action.

  4. I am informed that counsel for the Plaintiff does not oppose such application.

I certify that the above statements made by me are true. I acknowledge that if any of the above statements made by me is willfully false that I am subject to punishment.

PIKEN & PIKEN
Of Counsel (RP-9448)
630 Third Avenue, 7th Floor
New York, New York 10017
(212) 682-5522

By: /s/ Robert W. Piken

Dated: New York, New York
October 15, 2007

2

**PIKEN & PIKEN**
Robert W. Piken (RP-9448)
630 Third Avenue
New York, New York 10017
(212) 682-5522

Attorney for Defendant, WOLFF SHOE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BURBERRY LIMITED (a U.K. corp.) and
BURBERRY LIMITED (a New York corp.)

          Case No.: 07 CV 8456 (RMB)

      Plaintiffs,

 -against-

          **AFFIDAVIT**

WOLFF SHOE COMPANY,
      Defendant.
-----------------------------------------------------------------x

  DAVID B.B. HELFREY, hereby certifies the following:

  1. I am an attorney at law duly admitted to practice law in the States of Missouri and Illinois and I submit Certifications in support of this motion seeking my admission *pro hac vice*.

  2. I am a member in good standing of the bar of the highest Court of the States of Missouri and Illinois. I am currently domiciled in Missouri and maintaining a substantial practice there, as well.

  3. I am a practitioner with Helfrey, Neiers & Jones, P.C., , with an office located at 120 South Central Avenue, Suite 1500, St. Louis, Missouri 63105. Our telephone number is (314) 725-9100.

  4. I was approached by WOLFF SHOE COMPANY who requested that I represent them in the within matter and assist them in securing local New York counsel.

5. I was initially solicited by WOLFF SHOE COMPANY, due to our prior relationship, wherein I have acted as counsel and it was requested that I represent them in this case.

6. Upon being retained by WOLFF SHOE COMPANY, I retained ROBERT W. PIKEN as New York counsel who I am informed is qualified to practice law and is a member in good standing of the Unites States District Court, Southern District of New York.

7. Please be further advised that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed upon me in any jurisdiction.

8. I am informed and acknowledge that if I am admitted *pro hac vice*, I shall have a continuing obligation to advise this Court of the institution of any disciplinary proceedings initiated against me during my period of such admission.

9. There is good cause for my admission *pro hac vice* in this matter because of my relationship with this Defendant. Further, I was admitted to practice law in the State of Missouri on June 13, 1986 and in the State of Illinois on November 7, 1968. I am also admitted to practice law in the United States District Court for the Eastern District of Missouri, and the Northern, Central and Southern Districts of Illinois.

10. If this application to appear *pro hac vice* is granted, I agree to:

> A. Abide by the Rules Governing the Courts of the State of New York and United States District Court for the Southern District of New York, including all disciplinary rules:

2

B.   Consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against me or my firm that may arise out of my participation in this matter:

C.   Notify the Court immediately of any matter affecting my standing at the Bar of any other Court: and

D.   Have all pleadings, briefs and other papers filed with the Court signed by the attorney of record.

11. Accordingly, it is respectfully requested that the within motion be granted in its entirety.

12. No previous application for the relief sought herein has been made.

I hereby certify that the foregoing statements are true to the best of my personal knowledge. I am aware that in the event the foregoing statements are willfully false, I am subject to punishment.

By: _____
DAVID B.B. HELFREY

Sworn to before me this
13th day of October 2007

_____
Notary Public

```
JILL A. SELINGER
Notary Public - Notary Seal
State of Missouri - County of St. Louis
My Commission Expires Aug. 8, 2010
Commission #06398978
```

3

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on June 2, 1986,

## *David BB Helfrey*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 10th day of October, 2007.

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Bernard Bedell Helfrey

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1968 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, October 09, 2007.

*Juleann Hornyak*

Clerk