UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED (U.K.) and
BURBERRY LIMITED (U.S.)

                              Plaintiff,

                                                      Case No.: 07 CV 8456 (RMB)

        -against-

WOLFF SHOE COMPANY

                                                      **ORDER FOR ADMISSION**
                              Defendant.              **PRO HAC VICE**
                                                      **ON WRITTEN MOTION**

On the motion of Robert W. Piken attorney for Defendant, Wolff Shoe Company and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|                     |                                    |
|---------------------|------------------------------------|
| Applicant:          | David B.B. Helfrey                 |
| Firm Name:          | Helfrey, Neiers & Jones, P.C.      |
| Address:            | 120 S. Central Avenue, Suite 1500  |
| City/State/Zip:     | St. Louis, MO  63105               |
| Phone/Fax Number:   | (314) 725-9100 (314) 725-5754      |
| Email Address:      | dhelfrey@hnjlaw.com                |

Is admitted to practice pro hac vice as counsel for Defendant, Wolff Shoe Company in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date: 11/6/07
City, State:
NEW YORK, NY

_Richard M. Berman_

United States District ~~Magistrate~~ Judge

303700.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07