ARNOLD & PORTER LLP

Anthony D. Boccanfuso
Litigation Manager
Anthony_Boccanfuso@aporter.com
Admitted to the New York Bar

212.715.1315
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

MEMO ENDORSED

November 26, 2007

Conference adjourned to 3/3/08 @ 11:00 AM with principals.

SO ORDERED:
Date: 11/26/07
Richard M. Berman
Richard M. Berman, U.S.D.J.

**VIA FACSIMILE**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, New York 10007

Re: *Burberry Limited (UK), et ano. v. Wolff Shoe Company*
07 Civ. 8456 (RMB) (KNF)

Your Honor:

This firm represents the plaintiffs in the above-referenced action. I write this letter to respectfully request that the conference scheduled before Your Honor tomorrow, November 27, 2007, be adjourned.

On November 6, 2007 Your Honor held a conference in this action. During this conference, Your Honor inquired with respect to the efforts made to settle this action. Your Honor then adjourned the conference to November 27, 2007 in the hopes the parties would settle this action.

In an attempt to effect settlement, the parties have scheduled a mediation session for Wednesday, November 28, 2007. Therefore, we respectfully request that Your Honor adjourn tomorrow's conference. Counsel for the defendant joins in this request for an adjournment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/26/07

Respectfully submitted,

Anthony D. Boccanfuso

cc: Robert W. Piken, Esq. (via facsimile)
David B. Helfrey, Esq. (via facsimile)