UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Burberry Ltd. (UK), et al.,

           Plaintiff(s),                       **Case Management Plan**

    - v -                                       07   CV. 8456   (RMB)

Wolff Shoe Co.,
           Defendant(s).
------------------------------------------------------------X

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be **expeditiously** completed by _____ February 29, 2008 _____

(iv)  Consent to Proceed before Magistrate Judge_____

(v)   Status of settlement discussions: Parties to report status of mediation in a letter to the Court on or before 12/3/07

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions_____   See Court's rules _____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   Trial_____

(xi)  Other_____   Settlement Conference with Principals on March 3, 2008 at 11:00 a.m.

**SO ORDERED:** New York, New York
                November 26, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07



Hon. Richard M. Berman, U.S.D.J.