

# ARNOLD & PORTER LLP

**Anthony D. Boccanfuso**
Litigation Manager
Anthony_Boccanfuso@aporter.com

212.715.1315
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 3, 2007

**SO ORDERED**

**SO ORDERED:**
**Date:** 12/3/07    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

## VIA FACSIMILE

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, New York 10007

Re:     *Burberry Limited (UK), et and, v. Designers Imports.com*
        07 Civ. 8456 (RMB) (KNF)

Your Honor:

This firm represents the plaintiffs in the above-referenced action. I write this letter pursuant to the Court's Order.

On November 28, 2007 the parties participated in an in-person mediation session in Chicago. Since then there have been additional discussions between the parties and with the mediator. The parties jointly request that we be given until December 10, 2007 to advise the Court further.

Respectfully submitted,

Anthony D. Boccanfuso

cc:     Robert W. Piken, Esq. (via facsimile)
        David B. Helfrey, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/2007