**HELFREY, NEIERS & JONES** P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WWW.HNJLAW.COM

120 SOUTH CENTRAL AVENUE
SUITE 1500
ST. LOUIS, MISSOURI 63105

(314) 725-9100
Fax (314) 725-5754

**David B. B. Helfrey**
Voice Mail Ext. 142
E-Mail: dhelfrey@hnjlaw.com

MEMO ENDORSED

December 10, 2007

**VIA FACSIMILE**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
Room 650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007

    Re:    **Wolff Shoe Company adv. Burberry Limited**
            **Case No.: 07 CV 8456 (RMB) (KNF)**
            **Our File No.: 6861-003**

Your Honor:

    This firm represents the defendant in the above-referenced action. I write this letter pursuant to the Court's Order.

    On November 28, 2007 the parties participated in an in-person mediation session in Chicago. Since then there have been additional discussions between the parties and with the mediator. Progress is being made. The parties jointly request that we be given until December 17, 2007 to advise the Court further.

RECEIVED DEC 10 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Very truly yours,

HELFREY, NEIERS & JONES, P.C.

*David B. B. Helfrey*
David B. B. Helfrey

DBBH/sjr

cc:    Robert W. Piken (via e-mail)
        Roberta Horton (via e-mail)
        Anthony D. Boccanfuso (via e-mail)
        C. Michael Bakewell (via e-mail)

Application Granted
SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
12/11/07

306110

A FULL SERVICE LAW FIRM WITH ATTORNEYS LICENSED IN MISSOURI, CALIFORNIA, ILLINOIS, AND KANSAS.