UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBERRY LIMITED U.K. and BURBERRY     :
LIMITED U.S.,                                                       :
                        Plaintiffs,              :      07 Civ. 8456 (RMB)
                                                     :
        -against-                                                  :      **ORDER OF DISCONTINUANCE**
                                                       :
WOLFF SHOE COMPANY,                           :
                                                     :
                        Defendant.           :
-----------------------------------------------------------------X

      Based on the parties having indicated in a letter from Defendant, dated December 16, 2007, that the parties have reached a settlement agreement, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

      The conference scheduled for 9:30 a.m. on Monday, March 3, 2008 is vacated as moot.

**SO ORDERED**.

Dated: New York, New York
       December 17, 2007

                                                         _____
                                                         Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2007