UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                Plaintiffs,

v.

WOLFF SHOE COMPANY,

                Defendant.

2007 Civ. 8456 (RMB)

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Burberry Limited (UK) and Burberry Limited (US) hereby dismiss the above-entitled action, with prejudice, against Defendant Wolff Shoe Company, who has neither answered nor moved for summary judgment in this action. Each party shall bear its own attorneys' fees and costs.

- 2 -

Dated:  New York, New York
        January 7, 2008

ARNOLD & PORTER LLP

By: _____
Anthony D. Boccanfuso (AB-5403)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

– and –

Roberta L. Horton
555 Twelfth Street N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

To:  Robert William Piken
     Piken & Piken
     630 Third Avenue
     New York, NY 10017

     David B. Helfrey, Esq.
     Helfrey, Neiers & Jones, P.C.
     120 South Central Avenue
     Suite 1500
     St. Louis, MO 63105

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 7th day of January, 2008, the annexed **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) (1)** was served by first-class mail upon:

> Robert William Piken
> Piken & Piken
> 630 Third Avenue
> New York, NY 10017
>
> David B. Helfrey, Esq.
> Helfrey, Neiers & Jones, P.C.
> 120 South Central Avenue
> Suite 1500
> St. Louis, MO 63105

>                                Anthony D. Boccanfuso