UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                 Plaintiffs,

v.

WOLFF SHOE COMPANY,

                 Defendant.

2007 Civ. 8456 (RMB)

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Burberry Limited (UK) and Burberry Limited (US) hereby dismiss the above-entitled action, with prejudice, against Defendant Wolff Shoe Company, who has neither answered nor moved for summary judgment in this action. Each party shall bear its own attorneys' fees and costs.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

Dated: New York, New York
January 7, 2008

ARNOLD & PORTER LLP

By: _____
Anthony D. Boccanfuso (AB-5403)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

– and –

Roberta L. Horton
555 Twelfth Street N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

To: Robert William Piken
Piken & Piken
630 Third Avenue
New York, NY 10017

David B. Helfrey, Esq.
Helfrey, Neiers & Jones, P.C.
120 South Central Avenue
Suite 1500
St. Louis, MO 63105

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
1/8/08

340922_1.DOC

- 2 -